UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-01114-SHK | Date: | June 9, 2025 |
| Title: | *Hartford Fire Insurance Co., et al. v. Landstar Global Logistics, Inc. et al.* | | |

Present: The Honorable Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):  ORDER TO SHOW CAUSE RE: FILING OF PROOF OF SERVICE**

Under Federal Rule of Civil Procedure ("Rule") 4(l)(1), "[u]nless service is waived, proof of service must be made to the court. Except for service by a United States marshal or deputy marshal, proof must be by the server's affidavit."  Fed. R. Civ. P. 4(l)(1).

The instant action was randomly assigned to this Magistrate Judge under the Direct Assignment of Civil Cases to Magistrate Judges Program in accordance with General Order 24-05.  Electronic Case Filing Number ("ECF No.") 5.  Pursuant to the General Order, the initiating party must serve the Notice and Declination of Consent Form on each newly served party or party added to the case (e.g., intervention) at the time of service of the summons and complaint or other initiating document (e.g., Notice of Removal).  See General Order 24-05.

On May 8, 2025, Plaintiff Hartford Fire Insurance Company ("Hartford") and PHE. Inc. ("PHE") (together, "Plaintiffs") filed a Complaint ("Complaint" or "Compl.") in this Federal Court against Landstar Global Logistics, Inc. ("Landstar") and Westcoast Warehousing ("Westcoast") (together, "Defendants").  ECF No. 1, Compl.  On May 9, 2025, the clerk issued the 21-day summons ("Summons") for service of such and the Complaint, and a form Notice of Assignment to a U.S Magistrate Judge and Declination of Consent ("Consent Notice"), pursuant to General Order 24-05.  ECF No. 5, Consent Notice; ECF No. 6; Summons.  On June 3, 2025, Landstar appeared in this action by filing an Answer.  ECF No. 7.  On June 5, 2025, Westcoast also appeared in this action by filing an Answer.  ECF No. 9.  However, Plaintiffs failed to file a proof of service for each Defendant.

Accordingly, Plaintiffs are ORDERED to file, on or before **June 16, 2025**, proof of service of the Complaint, Summons and Consent Notice on each Defendant, as required by Rule

4 and General Order 24-05. **Plaintiff is warned that failure to timely file proof of service may result in the Court dismissing this matter for failure to follow Court orders.**

**IT IS SO ORDERED.**